Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ALEJANDRO ALDACO FLORES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALDACO FLORES | Case No.:   1:20-cv-01780-EPG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

    Plaintiff Alejandro Aldaco Flores and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from December 15, 2021 to January 13, 2022 for Plaintiff to file a Reply, with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.  Counsel's disabled mother suffered a femur/knee fracture resulting in a nonunion on March 1, 2020. Due to her underlying health conditions, and the COVID-19 pandemic there was a delay in having a surgery to correct the nonunion resulting in Counsel's mothers continual need of daily care to be mobile.

Counsel's mother fell on July 27th, requiring emergency surgery to remove the broken hardware and begin the nonunion revision. Due to underlying health conditions Counsel's mother second revision surgery was scheduled for October 20, 2021 but due to infections surgery was again postponed. Currently Counsel's mother is suffering from a Lupus flare resulting in being bedridden. Counsel has had to take time off work to help with her care.

DATE: December 16, 2021              Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Mr. Alejandro Aldaco Flores


DATE:  December 16. 2021
PHILLIP TALBERT
Acting United States Attorney
PETER K. THOMPSON
Regional Chief Counsel
Social Security Administration

/s/ *Chantal R. Jenkins*

BY: _____
Chantal R. Jenkins
Special Assistant United States Attorney
Attorneys for defendant Kilolo Kijakazi,
Acting Commissioner of Social Security
|*authorized by e-mail|

**ORDER**

Pursuant to the parties' stipulation (ECF No. 18), IT IS HEREBY ORDERED that Plaintiff shall file a Reply Brief by January 13, 2022.

IT IS SO ORDERED.

Dated: __December 21, 2021__    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE