UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALDACO FLORES,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:20-cv01780-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 20) |

Pursuant to the parties' stipulation (ECF No. 20), IT IS HEREBY ORDERED that Plaintiff shall file a Reply by February 17, 2022.

IT IS SO ORDERED.

Dated:  **January 13, 2022**            /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

1