UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALDACO FLORES,<br><br>Plaintiff,<br><br>v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:20-cv-01780-EPG<br><br>ORDER GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 24) |

Based upon the parties' stipulation (ECF No. 24), IT IS HEREBY ORDERED that attorneys' fees and expenses in the amount of $5,366.00 are awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **June 21, 2022**                          /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

1